UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NIS SHAWN MURPHY, ) | |
| ) | |
| Plaintiff, ) | No. CV 15-05347 JLS (AJW) |
| ) | |
| v. ) | |
| ) | |
| DEP'T OF CHILDREN & FAMILY, ) | J U D G M E N T |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

January 14, 2016

_____
JOSEPHINE L. STATON
United States District Judge